```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-0090 EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCES |
| v. | |
| MANUEL MEJIA ORDONEZ, et al., | DATE: September 5, 2008 |
| | TIME: 10:00 a.m. |
| Defendants. | COURT: Edward J. Garcia |

<u>Stipulation</u>

The government and defendants Leobardo Perez Herrera and Luciano Porcayo, through undersigned counsel, stipulate that the status conference scheduled for August 8, 2008, may be continued to September 5, 2008, at 10:00 a.m.  The government and defendant Manuel Mejia Ordonez, through undersigned counsel, stipulate that the status conference scheduled for August 15, 2008, may be continued to September 5, 2008, at 10:00 a.m.  On July 10, 2008, a superseding indictment was filed charging these defendants and eight others, and on July 14, 2008, it was unsealed upon the self-surrender of Mr. Porcayo.  On July 16, 2008, defendants Angel Perez Vasquez and Leobaldo Perez Herrera were arrested and arraigned.  The

superseding indictment did not change the charges against Manuel Mejia Ordonez; he was arraigned on July 22, 2008.  On July 28, 2008, the government mailed initial discovery to Mr. Roque for defendant Perez Vasquez and to Mr. Koukol for defendant Perez Herrera.  Ms. Weston was appointed on August 6, 2008 to represent Mr. Porcayo, and the government mailed initial discovery to her on August 7, 2008.  The government anticipates supplying additional discovery - in the form of spreadsheets prepared by the IRS co-case agents - in the near future, which will assist in counsel's review of the underlying documents supplied in the initial discovery.  All defense counsel need additional time to review the discovery.  Mr. Roque could not be reached regarding entering this stipulation.

    The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, and that the interests of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

    Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED:  August 7, 2008          McGREGOR W. SCOTT
                                United States Attorney

                                by /s/ Samantha S. Spangler
                                Samantha S. Spangler
                                Assistant U.S. Attorney

DATED:  August 7, 2008          by /s/ Samantha S. Spangler for
                                J. Toney
                                Counsel for Manuel Mejia Ordonez

///

2

1  DATED:  August 7, 2008        by /s/ Samantha S. Spangler for
2                                   Dan Koukol
                                     Counsel for Leobardo Perez Herrera
3

4  DATED:  August 7, 2008        by /s/ Samantha S. Spangler for
                                     Lindsay Weston
5                                   Counsel for Luciano Porcayo

6                                  Order

7       Good cause appearing,

8       The status conference scheduled for August 8, 2008, for
9  defendants Leobardo Perez Herrera and Luciano Porcayo, and the
10 status conference scheduled for August 15, 2008, for defendant
11 Manuel Mejia Ordonez, are both continued to September 5, 2008 at
12 10:00 a.m.

13      The Court finds that the interests of justice served by
14 granting the continuance outweigh the best interests of the public
15 and the defendants in a speedy trial.  Therefore, time is excluded
16 from the speedy trial calculation pursuant to 18 U.S.C. §
17 3161(h)(8)(A) & (B)(iv) and Local Code T4 for counsel preparation.

18      IT IS SO ORDERED.

19 DATED:  August 7, 2008             /s/ Edward J. Garcia
                                       EDWARD J. GARCIA, Judge
20                                     United States District Court