1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-090 EJG |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS CHARGES IN SUPERSEDING INDICTMENT AGAINST LEOBARDO PEREZ HERRERA; ORDER |
| v. | ) | |
| LEOBARDO PEREZ HERRERA, | ) | |
| Defendant. | ) | |

### Background

On Friday, January 23, 2009, defendant Leobardo Perez Herrera pled guilty before Magistrate Judge Gregory G. Hollows to a superseding misdemeanor information charging him with a violation of 8 U.S.C. § 1325, illegal entry by an alien. Immediately thereafter, Judge Hollows imposed a sentence of time served during pretrial detention. The defendant was released from custody on the charges in this case, triggering his detention for deportation proceedings. The written plea agreement provides that after entry of the guilty plea, the government will move to dismiss without prejudice all charges against the defendant in the pending indictment.

///

1

## Motion

The government moves to dismiss without prejudice all charges against defendant LEOBARDO PEREZ HERRERA in the Superseding Indictment in this case.

DATED: January ____, 2009                LAWRENCE G. BROWN
                                         Acting United States Attorney


                                 by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney

## Order

Good cause having been shown, the Court hereby orders that all charges against defendant LEOBARDO PEREZ HERRERA in the Superseding Indictment in this case are DISMISSED.

IT IS SO ORDERED.

DATED: January 28, 2009                  /s/ Edward J. Garcia
                                         EDWARD J. GARCIA, JUDGE
                                         UNITED STATES DISTRICT COURT